IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BONNIE HAGMAIER, ET AL, ) | CIV NO. 14-00487 LEK-RLP |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| BILL BYNAROWICZ; MARRIOTT ) | |
| RESORT HOSPITALITY ) | |
| CORPORATION; ESSEX HOUSE ) | |
| CONDOMINIUM CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 11, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Defendant Bill Bynarowicz's Petition For Determination Of Good Faith Settlement" (ECF NO. [77]) filed on December 11, 2015 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, December 30, 2015.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**BONNIE HAGMAIER, ET AL. VS. BILL BYNAROWICZ, ET AL; CIVIL 14-00487 LEK-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**